[No. 25132-9-II.   Division Two.   January 19, 2001.]

THE STATE OF WASHINGTON, *Appellant*, v. VELVET FAYE GIBSON, *Respondent*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 99-1-00377-0, Stephen M. Warning, J., entered August 31, 1999. *Affirmed in part, reversed in part,* and *remanded* by unpublished opinion per Armstrong, C.J., concurred in by Houghton and Hunt, JJ. Now published at 104 Wn. App. 792.

[No. 25022-5-II.   Division Two.   January 19, 2001.]

VICTORIA BRENNAN, *Appellant*, v. THE EVERGREEN STATE COLLEGE, *Respondent*.

Appeal from a judgment of the Superior Court for Thurston County, No. 98-2-02256-3, Wm. Thomas McPhee, J., entered August 11, 1999. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Morgan and Bridgewater, JJ.

[No. 24952-9-II.   Division Two.   January 19, 2001.]

ANTHONY A. LUKIN, *Appellant*, v. THE STATE OF WASHINGTON, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Thurston County, No. 94-2-03362-7, Richard D. Hicks, J., entered June 18, 1999. *Affirmed* by unpublished opinion per Alexander, J. Pro Tem., concurred in by Houghton and Bridgewater, JJ.

[No. 24101-3-II.   Division Two.   January 19, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. RANDY EVERETT VANCE, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 97-1-05186-1, Sergio Armijo, J., entered December 3, 1998. *Affirmed* by unpublished opinion per Armstrong, C.J., concurred in by Morgan and Seinfeld, JJ.